MARTIN J. BAMMON, Respondent, v. HOLEPROOF HOSIERY COMPANY and HOLEPROOF-STELOS, INC., Appellants.— Order denying defendants' motion to compel plaintiff to serve an amended complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; the amended complaint to be served within ten days from the entry of the order herein. The complaint sets out two kinds of causes of action. It assumes to set out a cause of action in equity to reform several instruments claimed to embody a single transaction, so as to make it conform to the alleged actual agreement of the parties, which instruments are alleged to have taken on an erroneous form as a consequence of mutual mistake of the parties or mistake of one and fraud of the other. This cause of action may properly be required to be segregated from the one or more further causes of action alleged, which causes of action are legal in their nature and arose as a consequence of the alleged breach of such agreement as reformed, and which causes of action may properly be made the subject of a jury trial if either party seasonably seeks it. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

EDWARD F. BAPTISTE, Appellant, v. BENJAMIN HAYNES (Sued as B. CARL HAINES), Respondent.— Judgment affirmed, with costs, the court being of opinion that plaintiff's story is incredible as a matter of law. Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote to reverse upon the ground that there is a question of fact to be submitted to the jury.

FLORENCE L. CRONIN, Respondent, v. CHESTER EDWARDS, Appellant.— Order denying motion to preclude modified by reducing the amount of costs awarded to the sum of ten dollars, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

JOSEPH DATO, Respondent, v. EXPORT STEAMSHIP CORPORATION, Appellant.— Order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

CHARLES GOLD, Appellant, v. THE CITY OF LONG BEACH; FRANK FRANKEL, as Mayor of the City of Long Beach; FREDERICK J. KNOB, as Supervisor of the City of Long Beach; FRANK G. WALDRON, as Councilman of the City of Long Beach; JOHN E. HOEY, as Councilman of the City of Long Beach; DELAVAN C. SMITH, as Councilman of the City of Long Beach; THOMAS J. HOGAN, as Treasurer of the City of Long Beach; and MARISAND CORPORATION, Respondents.— The court having been advised that the cause has been tried and a determination had, the appeal from the order denying motion for an injunction *pendente lite* is dismissed, without costs. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.